# Exhibit F



# Important Announcement Regarding Your 340B Contract Pharmacy Program Management

CVS Health has completed an acquisition of Wellpartner, Inc., a leading provider of 340B program management solutions. Wellpartner has a reputation for industry leading technology solutions, excellent Health Resources & Service Administration (HRSA) compliance record, and consistently high levels of customer satisfaction, making it an excellent fit for CVS Health.

Over the last two years, CVS Health has significantly expanded its 340B contract pharmacy program to include hundreds of covered entities (CEs) and thousands of pharmacies across the country. This increased scale and complexity has driven a need to focus on a single administrator to help ensure the optimal results for our CEs.

Consolidating efforts with Wellpartner helps us:

- ☑ **Ensure maximum compliance**
- ☑ **Offer operational efficiencies**
- ☑ **Standardize prescription qualification**
- ☑ **Improve participation in the program**
- ☑ **Optimize net savings for our clients**
- ☑ **Make it easier for covered entities to offer compliant programs to uninsured patients on the CVS Health platform**

In addition, by having Wellpartner as the exclusive 340B program administrator for all CVS Health retail and specialty pharmacies, we will also eliminate the restriction of limiting one CVS Pharmacy® location to one administrator per CE, enabling us to offer clients expanded access to all CVS Pharmacy locations.

> **To ensure all clients benefit from these enhancements, we will transition all covered entities to Wellpartner by December 31, 2018.**

We expect the integration to deliver additional future benefits to CEs including:

- A next-generation split-billing solution
- Integration with our industry leading clinical platform and nursing solutions

We remain committed to high quality service and providing you the best in technology, reporting, and compliance.

**Account teams will contact you to discuss next steps and answer any questions about the integration and transition, and continue providing future updates.**



©2017 CVS Health. All rights reserved.

106-44362C   121817