UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-cv-60257

SENTRY DATA SYSTEMS, INC.,

        Plaintiff,

v.

CVS HEALTH, CVS PHARMACY, INC.,
WELLPARTNER INC., and
WELLPARTNER, LLC,

        Defendants.
_____/

## MOTION FOR MICHAEL G. COWIE TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the Local Rules for the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Michael G. Cowie of Dechert LLP, 1900 K Street, NW, Washington, D.C. 20006; (202) 261-3339, for purposes of appearance as counsel on behalf of Defendants, CVS Health, CVS Pharmacy, Inc., Wellpartner Inc., and Wellpartner, LLC in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures for the United States District Court for the Southern District of Florida, to permit Michael G. Cowie to receive electronic filings in this case, and in support thereof states as follows:

    1. Michael G. Cowie is not admitted to practice in the Southern District of Florida and is a member in good standing of the Washington, D.C. Bar (DCBN: 432338).

    2. Movant, Harley S. Tropin, of the Law Firm of Kozyak Tropin & Throckmorton, LLP, 2525 Ponce de Leon Blvd., 9th Floor, Miami, Florida 33134, (305) 372-1800, is a member in good

1

standing of the Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. See Section 2B of the CM/ECF Administrative Procedures.

3.  In accordance with the local rules of this Court, Michael G. Cowie has made payment of this Court's $75 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4.  Michael G. Cowie, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Michael G. Cowie at email address: mike.cowie@dechert.com.

**WHEREFORE**, Harley S. Tropin moves this Court to enter an Order for Michael G. Cowie to appear before this Court on behalf of Plaintiff, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Michael G. Cowie.

Dated: March 12, 2018

Respectfully submitted,

**KOZYAK TROPIN & THROCKMORTON, LLP**
2525 Ponce de Leon Blvd., 9th Floor
Miami, Florida 33134
Tel.: 305-372-1800
Fax: 305-372-3508
Email: hst@kttlaw.com
    gam@kttlaw.com
    dmaland@kttlaw.com

By: /s/ *Harley S. Tropin*
    Harley S. Tropin
    Fla. Bar No. 241253
    Gail A. McQuilkin
    Fla. Bar No. 969338
    Daniel S. Maland
    Fla. Bar No. 0114932

**CERTIFICATE OF SERVICE**

I hereby certify that on this March 12, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: /s/ *Harley S. Tropin*

10Z4020