UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-60257-BLOOM/Valle

SENTRY DATA SYSTEMS, INC.,

    Plaintiff,

v.

CVS HEALTH, CVS PHARMACY, INC.,
WELLPARTNER INC., and
WELLPARTNER, LLC,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court upon Plaintiff Sentry Data System's Inc.'s Notice of Withdrawal of Its Motion for a Preliminary Injunction, ECF No. [91] ("Notice"), filed on May 17, 2018. In the Notice, Plaintiff withdraws its Motion for Preliminary Injunction, ECF No. [4], filed on February 6, 2018, and set for hearing on May 24, 2018. The Court has reviewed the Notice, the record, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion for Preliminary Injunction, **ECF No. [4]**, is **DENIED AS MOOT**.

2. The hearing set for **May 24, 2018** is **CANCELLED**.

3. Defendants' Motion *in Limine* and Supporting Memorandum of Law to Preclude Plaintiff from Introducing or Referencing Exhibit A to the Complaint, **ECF No. [78]**, is **DENIED AS MOOT**.

4. Defendants' Motion *in Limine* and Supporting Memorandum of Law to Exclude Evidence of Hearsay Statement by or Attributed to Customers, **ECF No. [79]**, is **DENIED AS MOOT**.

Case No. 18-cv-60257-BLOOM/Valle

5. Plaintiff Sentry Data Systems, Inc.'s Motions *in Limine*, **ECF No. [81]**, is **DENIED AS MOOT**.

6. Defendants' Motion to Set Schedule for May 24, 2018 Hearing, **ECF No. [88]**, is **DENIED AS MOOT**.

7. Defendants' Motion and Incorporated Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiff's Claims as to CVS Health and Wellpartner, Inc., **ECF No. [39]**, and CVS's Motion and Incorporated Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiff's Claims, **ECF No. [43]**, are **SET FOR ORAL ARGUMENT** on **June 20, 2018 at 9 a.m. in Courtroom 10-2 at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Miami, FL 33128**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of May, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record