UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-cv-60257-BLOOM-Valle

SENTRY DATA SYSTEMS, INC.,

    Plaintiff,

v.

CVS PHARMACY, INC.,
and WELLPARTNER, LLC,

    Defendants.
_____/


**DECLARATION OF CARL E. GOLDFARB IN SUPPORT OF SENTRY'S REPLY IN SUPPORT OF ITS MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

CARL E. GOLDFARB, pursuant to 28 U.S.C. § 1746, declares the following:

1. I am a partner with the law firm of Boies Schiller Flexner LLP, attorneys for Plaintiff Sentry Data Systems, Inc. I submit this Declaration based on my personal knowledge and in support of Sentry's Reply in Support of Its Motion to Compel Production of Documents, dated October 8, 2018.

2. Attached as Exhibits to this affidavit are true and correct copies of the following documents (which have been highlighted in yellow to reflect text cited in Sentry's Reply):

| Exhibit A: | A document entitled "340B Confident," which was downloaded from Wellpartner's website on October 8, 2018, at https://www.wellpartner.com/wp-content/uploads/2018/02/WP_CVS_340B_CONFIDENT.pdf. |
|---|---|
| Exhibit B: | A printout of the homepage of Wellpartner's website, https://www.wellpartner.com/, which was accessed and saved on October 8, 2018 |

1

| Exhibit C: | A printout of a page on Wellpartner's website entitled "340B Confident," https://www.wellpartner.com/solutions-2/340b-confident/, which was accessed and saved on October 8, 2018. |
|---|---|
| Exhibit D: | A printout of a web page on Wellpartner's website entitled "340B Aware and Beware," https://www.wellpartner.com/thought-leadership/340b-aware-beware/, which was accessed and saved on October 8, 2018. |
| Exhibit E | A printout of a web page on Wellpartner's website entitled "Company Overview," https://www.wellpartner.com/company/company-overview/, which was accessed and saved on October 8, 2018. |
| Exhibit F: | A document entitled "Case Study: Mitchell County Regional Health Center," which was downloaded from Wellpartner's website on October 8, 2018, at https://wellpartner.com/wp-content/uploads/2018/02/WP_TPL_CaseStudy_MitchellCounty.pdf. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of October, 2018.

*/s/ Carl E. Goldfarb*
Carl E. Goldfarb