UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-cv-60257-BLOOM/Valle

SENTRY DATA SYSTEMS, INC.,

    Plaintiff,
v.

CVS PHARMACY, INC.,
and WELLPARTNER, LLC,

    Defendants.
_____/

## JOINT MOTION TO STAY DISCOVERY AND ALL OTHER PROCEEDINGS

Plaintiff Sentry Data Systems, Inc., and Defendants CVS Pharmacy, Inc. and Wellpartner, LLC (together, "Defendants") (collectively, the "Parties") jointly move for a stay of discovery and all proceedings through and including January 25, 2019, so that the Parties may conduct voluntary early mediation and potentially resolve this dispute. The Parties have been engaged in productive settlement talks and would like to devote their attention to further talks without incurring the burden and expense associated with ongoing litigation.

In support of their joint motion, the Parties state the following:

1. Plaintiff initiated this action by filing its original Complaint (DE 1) on February 5, 2018. Defendants thereafter moved to dismiss Plaintiff's original Complaint.

2. On August 27, 2018, the Court issued an Order (DE 115), which, among other things, denied in part and granted in part Defendants' motion to dismiss, dismissing without prejudice Plaintiff's claim for illegal tying under the Sherman Act, and permitting Plaintiff to file an Amended Complaint.

3. Plaintiff's Amended Complaint (DE 121) was filed on September 10, 2018.

4. Defendants filed a motion to dismiss certain counts in the Amended Complaint (DE 127). That motion has been fully briefed and is ripe for adjudication.

5. The parties have exchanged written discovery requests and responses, including interrogatories and responses thereto, requests for production of documents and responses and objections thereto, and requests for admissions and responses and objections thereto.

6. Sentry has served certain third party document subpoenas. Some of the third parties have already produced documents in response to the subpoenas.

7. Over the last several weeks, the Parties have engaged in settlement discussions in an effort to narrow or resolve this dispute. Those discussions have occurred between outside counsel for the Parties, as well as between each side's business personnel. The discussions have occurred in good faith and have been productive. Accordingly, both sides believe that further discussions might result in the amicable resolution of this matter.

8. The parties anticipate engaging in further discussions and have scheduled a mediation session for January 16, 2019.

9. In an effort to conserve judicial resources as well as the Parties' resources, and avoid the time and distraction associated with further litigation, the Parties have agreed, subject to this Court's approval, to a stay of these proceedings through and including January 25, 2019, so that the parties may dedicate their efforts to settlement discussions and mediation.

10. Specifically, the Parties jointly request: (a) a stay of proceedings through and including January 25, 2019, so that the Parties may mediate and potentially resolve this dispute; and (b) that the Parties be directed to file with the Court by February 1, 2019 a status report concerning whether this matter may be closed, whether the stay should be continued, or setting forth a proposed schedule for proceedings going forward.

11. The granting of this joint motion will not prejudice any party and is being sought in good faith and not for delay or any other improper purpose.

## CONCLUSION

The Parties respectfully request that the Court enter the attached Order staying these proceeding through and including January 25, 2019 and directing the parties to file a status report by February 1, 2019, so that in the interim, the Parties may focus on negotiations and mediation and potentially resolve this dispute.

Dated:  December 11, 2018                                      Respectfully submitted,

| | |
|---|---|
| **KOZYAK TROPIN THROCKMORTON LLP**<br>2525 Ponce de Leon Boulevard, 9th Floor<br>Miami, FL 33134<br>Tel:  (305) 372-1800<br>Fax:  (305) 372-3508<br><br>By: /s/ Gail McQuilkin<br>    Harley S. Tropin, Esq.<br>    Florida Bar No. 241253<br>    Gail A. McQuilkin<br><br>**DECHERT LLP**<br><br>Michael G. Cowie (*pro hac vice*)<br>1900 K Street, NW<br>Washington, D.C. 20006<br><br>Michael S. Doluisio (*pro hac vice*)<br>Stuart T. Steinberg (*pro hac vice*)<br>2929 Arch St.<br>Philadelphia, PA 19104<br><br>*Counsel for Defendants* | **BOIES SCHILLER FLEXNER LLP**<br><br>By:*/s/* Chris G. Renner<br><br>Stephen N. Zack, Esq.<br>Florida Bar No. 145215<br>100 SE Second Street, Suite 2800<br>Miami, Florida  33131<br>Telephone:  (305) 539-8400<br>Facsimile:   (305) 539-1307<br>Email:  szack@bsfllp.com<br><br>Carl E. Goldfarb, Esq.<br>Florida Bar No. 125891<br>Travis Robert-Ritter, Esq.<br>Florida Bar No. 103936<br>401 East Las Olas Boulevard, Suite 1200<br>Fort Lauderdale, Florida 33301<br>Telephone: (954) 356-0011<br>Facsimile:  (954) 356-0022<br>Email: cgoldfarb@bsfllp.com<br>Email: tritter@bsfllp.com<br><br>Christopher G. Renner, Esq.<br>(*pro hac vice*)<br>1401 New York Ave., NW<br>Washington, DC 20005<br>Telephone:  (202) 237-2727 |

-4-

Facsimile:   (202) 237-6131
Email: crenner@bsfllp.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By:  /s/ *Gail A. McQuilkin*

11C6108