UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **SENTRY DATA SYSTEMS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**CVS PHARMACY, INC. and WELLPARTNER, LLC,**<br><br>Defendants.<br>_____ / | Case No: 18-cv-60257 |

## MEDIATOR'S REPORT

COMES NOW the undersigned JAMS mediator/neutral who reports to the Court that the parties mediated the above-captioned case. The mediator/neutral reports that the parties were unable to reach an agreement and the case is at an impasse.

_____
Scott J. Silverman
JAMS Mediator/Neutral
January 17, 2019

*Copies furnished to:*
  *All Parties*
  *Clerk of Court*
  *Presiding Judge*