**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

SENTRY DATA SYSTEMS, INC.

                Plaintiff,

    v.

CVS HEALTH, CVS PHARMACY, INC.,
WELLPARTNER INC., and
WELLPARTNER, LLC,

                Defendants.

Case No.:  18-cv-60257

**MOTION TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Michael S. Mitchell of the law firm of Boies Schiller Flexner LLP, 1401 New York Ave. NW Washington, DC 20005, Phone: (202) 237-2727, for purposes of appearance as co-counsel on behalf of Plaintiff Sentry Data Systems, Inc. in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Michael S. Mitchell to receive electronic filings in this case, and in support thereof states as follows:

1.      Michael S. Mitchell is not admitted to practice in the Southern District of Florida and is a member in good standing of the bars of the District of Columbia Court of Appeals and the Court of Appeals of Maryland.

2.      Movant, Carl E. Goldfarb, Esquire, of the law firm of Boies Schiller Flexner LLP, 401 East Las Olas Boulevard, Suite 1200, Fort Lauderdale, Florida 33301, Telephone: (954) 356-0011, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3.      In accordance with the local rules of this Court, Michael S. Mitchell has made payment of this Court's $75 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4.      Carl E. Goldfarb, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Michael S. Mitchell at email address mmitchell@bsfllp.com.

WHEREFORE, Carl E. Goldfarb, moves this Court to enter an Order Michael S. Mitchell, to appear before this Court on behalf of Plaintiff Sentry Data Systems, Inc., for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Michael S. Mitchell.

Date: February 8, 2019                    Respectfully submitted,

**BOIES SCHILLER FLEXNER LLP**

By:*/s/ Carl E. Goldfarb*

Stephen N. Zack, Esq.
Florida Bar No. 145215
100 SE Second Street, Suite 2800
Miami, Florida  33131

Telephone:  (305) 539-8400
Facsimile:   (305) 539-1307
Email:  szack@bsfllp.com

Carl E. Goldfarb, Esq.
Florida Bar No. 125891
Jonathan Lott, Esq.
Florida Bar No. 0116423
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile:  (954) 356-0022
Email: cgoldfarb@bsfllp.com
Email: jlott@bsfllp.com


By:*/s/Michael S. Mitchell*
Michael S. Mitchell, Esq.
(pro hac vice to be filed)
Christopher G. Renner, Esq.
(pro hac vice)
1401 New York Ave. NW
Washington, DC 20005
Phone: (202) 237-2727
Facsimile: (202) 237-237-6131
Email: mmitchell@bsfllp.com
Email: crenner@bsfllp.com


*Counsel for Plaintiff Sentry Data Systems, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

SENTRY DATA SYSTEMS, INC.

                Plaintiff,

      v.

CVS HEALTH, CVS PHARMACY, INC.,
WELLPARTNER INC., and
WELLPARTNER, LLC,

                Defendants.

Case No.:  18-cv-60257

### CERTIFICATION OF MICHAEL S. MITCHELL

Michael S. Mitchell, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the bars of the District of Columbia Court of Appeals and the Court of Appeals of Maryland.

Michael S. Mitchell, Esq.

# Court Of Appeals
# of Maryland
### Annapolis, MD



## *CERTIFICATE OF GOOD STANDING*

*STATE OF MARYLAND, ss:*

    *I, Suzanne Johnson, Clerk of the Court of Appeals of Maryland, do hereby certify that on the twelvth day of December, 2007,*

## Michael Scott Mitchell

*having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.*

        **In Testimony Whereof,** *I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this fifth day of February, 2019.*

        _____

        *Clerk of the Court of Appeals of Maryland*



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that



was duly qualified and admitted on **March 6, 2009** as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an **Active** member in good
standing of this Bar.

In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of Washington,
D.C., on December 19, 2018.

*Julio A. Castillo*

JULIO A. CASTILLO
Clerk of the Court

Issued By:

District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was served by CM/ECF on all counsel of record on February 8, 2019.

By: */s/ Carl E. Goldfarb*
Carl E. Goldfarb, Esq.