UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-CV-60257-BLOOM/VALLE

SENTRY DATA SYSTEMS, INC.,

    Plaintiff,

v.

CVS PHARMACY, INC. and
WELLPARTNER, LLC,

    Defendants.

_____/

## MOTION TO WITHDRAW

Attorneys Michael S. Doluisio, Stuart T. Steinberg, Joseph A. Fazioli, Christopher M. Trueax, Tiffany E. Engsell, and Emlyn Mandel hereby move the Court for permission to withdraw from the representation of CVS Pharmacy, Inc. and Wellpartner, LLC ("Defendants").  Defendants will continue to be represented by Michael G. Cowie of Dechert LLP;  Harley Shepard Tropin, Daniel Scott Maland, and Gail Ann McQuilkin of Kozyak Tropin & Throckmorton; and Enu Mainigi, Jonathan Pitt, Kathrerine Trefz, Andrew Watts, and Tom Ryan of Williams & Connolly LLP (*pro hac vice* motions filed contemporaneously herewith).

Dated:  March 6, 2019.

By:  /s/  *Gail Ann McQuilkin*
Harley Shepard Tropin
Gail Ann McQuilkin
KOZYAK TROPIN & THROCKMOTRON
2525 Ponce de Leon Boulevard, Suite 900
Coral Gables, FL 33134
hst@kttlaw.com
gam@kttlaw.com

        Enu A. Mainigi (*Pro Hac Vice Pending*)
        Jonathan B. Pitt (*Pro Hac Vice Pending*)
        Katherine A. Trefz (*Pro Hac Vice Pending*)
        WILLIAMS & CONNOLLY LLP
        725 12th Street, NW
        Washington, DC 20005
        emainigi@wc.com
        jpitt@wc.com
        ktrefz@wc.com

        Michael G. Cowie
        DECHERT LLP
        1900 K Street, NW
        Washington, DC 20006
        Mike.cowie@dechert.com

        *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this March 6, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

        By: /s/ *Gail Ann McQuilkin*