**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 18-CV-60257-BLOOM/VALLE**

SENTRY DATA SYSTEMS, INC.,

       Plaintiff,

v.

CVS PHARMACY, INC. and
WELLPARTNER, LLC,

       Defendants.
_____/

**MOTION FOR TOM W. RYAN TO APPEAR *PRO HAC VICE*, CONSENT TO
DESIGNATION, AND REQUEST TO ELECTRONICALLY
<u>RECEIVE NOTICES OF ELECTRONIC FILING</u>**

In accordance with Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the Local Rules for the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Tom W. Ryan of Williams & Connolly LLP, 725 12th St., N.W., Washington, D.C. 20005; (202) 434-5228, for purposes of appearance as counsel on behalf of Defendants CVS Pharmacy, Inc. and Wellpartner, LLC in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures for the United States District Court for the Southern District of Florida, to permit Tom W. Ryan to receive electronic filings in this case, and in support thereof state as follows:

      1.     Tom W. Ryan is not admitted to practice in the Southern District of Florida and is a member of good standing of the District of Columbia and New York State Bars.  Mr. Ryan is also admitted to practice and is a member of good standing in the United States District Court for the District of Columbia and United States Court of Appeals for the Tenth Circuit.

2. Movant, Gail Ann McQuilkin, of the Law Firm of Kozyak Tropin & Throckmorton, LLP, 2525 Ponce de Leon Blvd., Suite 900, Coral Gables, Florida 33134, (305) 377-0656, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whim filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Tom W. Ryan has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Tom W. Ryan, by and through counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Tom W. Ryan at the following e-mail address: tryan@wc.com

**WHEREFORE**, Gail Ann McQuilkin moves this Court to enter an Order for Tom. W. Ryan to appear before this Court on behalf of Defendants CVS Pharmacy, Inc. and Wellpartner, LLC, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Tom W. Ryan.

Dated:  March  6, 2019

By:   /s/ *Gail Ann McQuilkin*

Harley Shepard Tropin
Gail Ann McQuilkin
KOZYAK TROPIN & THROCKMORTON
2525 Ponce de Leon Boulevard
Suite 900
Coral Gables, FL 33134
hst@kttlaw.com
gam@kttlaw.com

Enu A. Mainigi (*Pro Hac Vice Pending*)
Jonathan B. Pitt (*Pro Hac Vice Pending*)
Katherine A. Trefz (*Pro Hac Vice Pending*)
WILLIAMS & CONNOLLY LLP
725 12th Street, NW
Washington, DC 20005
emainigi@wc.com
jpitt@wc.com
ktrefz@wc.com

Michael G. Cowie
DECHERT LLP
1900 K Street, NW
Washington, DC 20006
mike.**cowie@dechert.com**

*Counsel for Defendants.*

## CERTIFICATE OF SERVICE

I hereby certify that on this March 6, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By:   /s/ *Gail Ann McQuilkin*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 18-cv-60257

SENTRY DATA SYSTEMS, INC.,

    Plaintiff,

v.

CVS HEALTH, CVS PHARMACY, INC.,
WELLPARTNER INC.,
AND WELLPARTNER, LLC,

    Defendants.

_____/

### CERTIFICATION OF TOM W. RYAN

Tom W. Ryan, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the New York and the District of Columbia Bars; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

                                                                               Tom W. Ryan